# United States District Court
# Eastern District Of Wisconsin



Aaron Jacobs, Florence Gomez, Michael Long, and J▇▇ L▇▇
Plaintiff(s)

V.

Case No. 21-C-0380

Marriott International, Aloft Hotel, Jane Doe No. 1, Chelsea Devries, S. Schermitzler, Ben Walker, Noah ▇▇▇, and Facebook Inc.
Defendant(s)

## Complaint With Jury Demand

This is a civil rights action filed pro se by Aaron Jacobs, Florence Gomez, Michael Long, and Javion Long for monetary, declaratory, and injunctive relief under the umbrella of 42 U.S.C. § 1983 alleging the illegal search and seizure of a free citizen in violation of the Fourth Amendment to the United States Constitution. Further alleging discrimination in violation of Title II of the Civil Rights Act of 1964 under the umbrella of 42 U.S.C. § 2000a. Furthermore alleging a breach in their right to make and enforce a contract in violation of 42 U.S.C. § 1981.

## Jurisdiction

1. This honorable court has jurisdiction over all plaintiffs(s) claims

of violations of federal constitutional rights pursuant to 42 U.S.C. § 1331(a) and 1343.

## Parties

2. Plaintiff Aaron Jacobs born on ▓▓▓ 1989 was at all times relevant to this complaint a free citizen who is a recognized member of the following racial minority groups Native American, Hispanic American, and African American.

3. Plaintiff Florence Gomez born on ▓▓▓ 1993 was at all times relevant to this complaint a free citizen who is a recognized member of the following racial minority groups Native American and Hispanic American.

4. Plaintiff Michael Long born on ▓▓▓ 1957 was at all times relevant to this complaint a free citizen who is a recognized member of the following racial minority groups Native American and Hispanic American.

5. Plaintiff J▓ L▓ born on ▓▓▓ 2015 was at all times relevant to this complaint a free citizen who is a recognized member of the following racial minority groups Native American and Hispanic American.

6. Defendant Marriott International a corporation which is located at 10400 Fernwood Road Bethesda Maryland 20817 at all times relevant to this complaint was the owner of the Aloft Hotel set forth in No. 7 infra.

7. Defendant Aloft Hotel which is located at 465 Pilgrim Way Green Bay Wisconsin 54304 at all times relevant to this complaint was a place of public accommodation that enter into contractual relationships with

transient guests by providing lodging thereto.

8. Defendant <u>Jane Doe No. 1</u> at all times relevant to this complaint was defendant Aloft Hotels front desk concierge employee who initially entered into a contractual relationship with the plaintiff(s) by renting hotel rooms and providing accommodations thereto.

9. Defendant <u>Chelsea Devries</u> at all times relevant to this complaint was defendant Aloft Hotels night shift supervisor front desk concierge employee who is responsible for the enforcement of contractual relationships between said hotel and transient guests such as the plaintiff(s).

10. Defendant <u>S. Schermitzler</u> at all times relevant to this complaint was the on shift supervising patrol officer employed with the Ashwaubenon Public Safety Department located at 2155 Holmgren Way Green Bay Wisconsin. He is sued in his official and individual capacities.

11. Defendant <u>Ben Walker</u> at all times relevant to this complaint was a patrol officer employed with the Ashwaubenon Public Safety Department located at 2155 Holmgren Way Green Bay Wisconsin. He is sued in his official and individual capacities.

12. Defendant <u>Noah</u> at all times relevant to this complaint was employed as defendant Aloft Hotels bar & lounge bartender during the events described herein. He is added in this complaint for discovery purposes.

13. Defendant Facebook Inc. located at 1 Hacker Way Menlo Park California 94025 is in possession of inculpatory evidence in this case and is added as a defendant in this complaint for discovery purposes.

## Statement Of Claim

14. On or about September 28, 2018 while in the city of Green Bay Wisconsin being tired and homeless and in need of temporary lodging plaintiff(s) Aaron Jacobs and Florence Gomez decided to call reserve and purchase a hotel room to share at the defendant Aloft Hotel which is located at 465 Pilgrim Way Green Bay Wisconsin 54304.

15. It was further decided that both plaintiff Aaron Jacobs grandfather who is plaintiff Michael Long and nephew who is J███ L██ and also a minor were financially indigent and also homeless and that plaintiff Aaron Jacobs would also reserve and purchase a second seperate hotel room for plaintiff(s) Michael Long and J███ L██ to share.

16. That both hotel rooms aforementioned in numbers 14 and 15 supra were to be reserved and purchased in plaintiff Aaron Jacobs name for upon information and belief approximately three days.

17. That via cellular phone plaintiff Florence Gomez contacted defendant Aloft Hotel front desk concierge defendant Jane Doe No. 1 and inquired about reserving and purchasing two seperate hotel rooms to which defendant Jane Doe No. 1 responded that per hotel policy cash would not be accepted but a bank card, credit card or prepaid debit card would be accepted.

18. After plaintiff Aaron Jacobs purchased and loaded money onto a prepaid debit card plaintiff Florence Gomez again called defendant Jane Doe No. 1 to finish booking the two hotel rooms over the phone while enroute to check into said hotel. Both rooms were reserved and

purchased in plaintiff Aaron Jacobs name.

19. That upon arrival as all other plaintiff(s) waited in the vehicle plaintiff Aaron Jacobs entered the defendant Aloft Hotel lobby and approached the front desk concierge defendant Jane Doe No.1 to check in and retrieve the hotel key cards to access aforesaid reserved rooms and in this process defendant Jane Doe No.1 directed plaintiff Aaron Jacobs as to what parking lot area along with which door all of the plaintiff(s) can utilize for easier access to their reserved rooms and heeding aforesaid directions the plaintiff(s) parked the vehicle and proceeded to their reserved rooms without incident.

20. Then later that evening plaintiff Aaron Jacobs decided to utilize the hotels bar & lounge accommodations which was actively catering to approximately twenty to thirty caucasion hotel guests.

21. Shortly thereafter as plaintiff Aaron Jacobs was minding his own business not bothering anyone and enjoying a drink in the hotels lounge area which is all in clear view of the hotels front desk defendant Chelsea Devries took it upon herself to electronically deactivate plaintiff Aaron Jacobs hotel room key cards and call the Ashwaubenon Public Safety Department to report suspicious human trafficking activities against the plaintiff(s) and await for police officers to arrive and investigate.

22. Then after finishing his drink and attempting to proceed back to his hotel room but being denied access thereto due to the inactive key card plaintiff Aaron Jacobs proceeded to the front desk concierge defendant Chelsea Devries and requested the reactivation of his hotel room key card and in the process of reactivating aforesaid

key card defendant **Chelsea Devries** pursued plaintiff Aaron Jacobs in the following line of questioning which includes but is not limited to:

(a) So do you have your green card;
(b) What race are you;
(c) What would a person of your kind be doing at a place like this;
(d) I'm sure there are cheaper hotels you could've picked around Green Bay.

23. Then a short while later two Ashwaubenon Public Safety Officers defendant(s) **S. Schermitzler** and **Ben Walker** entered the hotels lobby approaching plaintiff Aaron Jacobs and demanding his name and identification card to which plaintiff Aaron Jacobs declined to disclose until defendant(s) **S. Schermitzler** and **Ben Walker** threatened to arrest and jail him.

24. Then even though defendant(s) **S. Schermitzler** and **Ben Walker** contacted dispatch and cleared plaintiff Aaron Jacobs for warrants they continued to interrogate and harass said plaintiff to the point that the hotels bartender defendant **Noah** approached the situation and in plaintiff Aaron Jacobs defense conveyed his displeasure to defendant(s) **S. Schermitzler** and **Ben Walker** by stating to the effect of I dont appreciate yous coming in here harassing my patrons yous are racially discriminating and this gentleman has done nothing wrong and the most behaved person in here all night minding his own business the entire time etc.

25. Then defendant **S. Schermitzler** informed defendant **Noah** that defendant **Chelsea Devries** called their police

department and made a complaint that they are now investigating and that its none of defendant Noah _____ business.

26. Defendant Chelsea Devries then informed plaintiff Aaron Jacobs that him and his family are no longer welcome to stay at the hotel and that they must vacate the premises and enforcing her wishes defendant(s) S. Schermitzler and Ben Walker escorted plaintiff Aaron Jacobs to his room to make sure he packed his belongings and vacate the premises.

27. Defendant(s) S. Schermitzler and Ben Walker also proceeded to plaintiff(s) Michael Long and J███ L███'s hotel room making contact by knocking on the door and informing said plaintiff(s) that they need to pack their belongings and vacate the premises to which said plaintiff(s) complied.

28. While plaintiff Aaron Jacobs was packing their belongings he called plaintiff Florence Gomez who left to visit family in the Green Bay area and informed her of the situation to which she became very distraught.

29. Plaintiff Aaron Jacobs then decided to utilize his cell phone to record defendant(s) S. Schermitzler and Ben Walker's explaination to gain a better understanding of what justification defendant(s) Chelsea Devries, S. Schermitzler and Ben Walker had to force any of the plaintiff(s) to vacate the hotel premises to which defendant S. Schermitzler explicated to the effect of: although plaintiff(s) did nothing wrong they displayed the following signs of human trafficking;

(a) Purchasing two hotel rooms both in Aaron Jacobs name;
(b) The name that the hotel concierge defendant <u>Jane Doe No.1</u> entered into the hotels database was spelled "Erin" Jacobs but the name on plaintiff Aaron Jacobs identification card is spelled "Aaron" Jacobs;
(c) Both rooms were purchased with a prepaid debit card;
(d) That all plaintiff(s) utilized the hotels side entrance instead of the front entrance;
(e) That plaintiff(s) Aaron Jacobs and Florence Gomez entered one room and plaintiff Michael Long came in carrying a kid (plaintiff J███ L███) both entering the other room; and that although it is now clear that there is no human trafficking involved defendant <u>Chelsea Devries</u> still wants all plaintiff(s) to vacate the premises and then defendant <u>S. Schermitzler</u> suggested that plaintiff(s) find a "cheaper" hotel etc. Plaintiff Aaron Jacobs later uploaded aforesaid video to his account on defendant Facebook Inc.'s social media web site.

30. Then defendant(s) <u>S. Schermitzler</u> and <u>Ben Walker</u> escorted plaintiff(s) Aaron Jacobs, Michael Long and J███ L███ off the hotel premises to a cab where they later met up with plaintiff Florence Gomez to find a different hotel to lodge at.

## Claims For Relief

31. The actions of defendant(s) Marriott International; Aloft Hotel; <u>Jane Doe No.1</u>; and <u>Chelsea Devries</u> in entering into a contractual relationship with plaintiff(s) Aaron Jacobs, Florence Gomez; Michael Long; and J███ L███ then defendant <u>Chelsea Devries</u> breaching aforesaid contract motivated by racial bias constituted discrimination in violation of Title II of the Civil Rights Act of 1964 under

the umbrella of 42 U.S.C. § 2000a.

32. The actions of defendant(s) Marriott International; Aloft Hotel; Jane Doe No.1 and Chelsea Devries in entering into a contractual relationship with plaintiff(s) Aaron Jacobs, Florence Gomez; Michael Long; and J███ L██ then defendant Chelsea Devries breaching aforesaid contract motivated by racial bias violated aforesaid plaintiff(s) right to make and enforce a contract under the umbrella of 42 U.S.C. § 1981.

33. The actions of defendant(s) S. Schermitzler and Ben Walker in detaining, interrogating, threatening, and harassing plaintiff Aaron Jacobs then forcing all plaintiff(s) to vacate the hotel premises all motivated by racial bias constituted illegal search and seizure in violation of the Fourth Amendment to the United States Constitution under the umbrella of 42 U.S.C. § 1983.

34. The actions of defendant(s) S. Schermitzler and Ben Walker in detaining, interrogating, threatening, and harassing plaintiff Aaron Jacobs then forcing all plaintiff(s) to vacate the hotel premises all motivated by racial bias constituted discrimination in violation of Title II of the Civil Rights Act of 1964 under the umbrella of 42 U.S.C. § 2000a.

35. The actions of defendant(s) S. Schermitzler and Ben Walker in detaining, interrogating, threatening, and harassing plaintiff Aaron Jacobs then forcing all plaintiff(s) to vacate the hotel premises all motivated by racial bias in conjunction with defendant Chelsea Devries constituted discrimination and the breach of a preexisting contractual relationship between defendant(s) Marriott

International; Aloft Hotel; Jane Doe No. 1 and Chelsea Devries and plaintiff(s) Aaron Jacobs; Michael Long; Florence Gomez; and J▇▇ by violating aforesaid plaintiff(s) right to make and enforce said contract under the umbrella of 42 U.S.C. § 1981.

### Relief Requested

WHEREFORE plaintiff(s) request that this honorable court grant the following relief:

A. Issue a declaratory judgement stating that:

1. The actions of defendant Chelsea Devries in discriminating against plaintiff(s) violated their rights under Title II of the Civil Rights Act of 1964; 42 U.S.C. § 2000a.

2. The actions of defendant Chelsea Devries in discriminating against plaintiff(s) rights to make and enforce a contract violated 42 U.S.C. § 1981.

3. The actions of defendant(s) S. Schermitzler and Ben Walker in discriminating against and breaching all plaintiff(s) rights to make and enforce a contract violated Title II of the Civil Rights Act of 1964; 42 U.S.C. §§ 2000a and 1981.

4. The actions of defendant(s) S. Schermitzler and Ben Walker in illegally detaining, interrogating, threatening, harassing, and discriminating against plaintiff(s) violated their Fourth Amendment rights to the United States Constitution.

B. Issue an injunction ordering the defendant(s) or their agents to;

1. Eliminate any and all bans that any of the defendant(s) may have placed on any of the plaintiff(s).

2. Train all employees against discrimination at least five hours a month.

3. Lifetime free hotel suites of plaintiff(s) choice at any of defendant(s) Marriott International and Aloft Hotel chains locations of plaintiff(s) choice.

4. Pay any and all college tuitions of all plaintiff(s) at any time said plaintiff(s) wish to pursue any and all college degrees at any and all colleges, universities, or schools of plaintiff(s) choice.

C. Award compensatory damages in the following amounts:

1. 10,000,000 for each plaintiff jointly and severally against each defendant for the mental and emotional injuries inflicted upon aforesaid plaintiff(s) by each defendant(s) constitutional violations.

D. Award punative damages in the following amounts:

1. 10,000,000 against each defendant.

E. Grant such other relief this honorable court deems just, proper and equitable.

Pursuant to 28 U.S.C. § 1746 I declare under the penalty of perjury

that the foregoing is true and correct.

Dated this 7th day of April, 2020.

S./ Aaron L. Jacobs, Jr.
Aaron L. Jacobs, Jr.
405 N. Main Street
Shawano, WI -54166-

Dated this 10 day of October 2020.

S./ Florence Gomez
Florence E. Gomez
PO Box 162
Wabeno, WI -54566-

S./ Michael Long
Michael A. Long
PO Box 162
Wabeno, WI -54566-

S./ J▮ L▮
J▮ L▮
PO Box 162
Wabeno, WI - 54566-

Respectfully submitted,