UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

———

AARON JACOBS, JR., MICHAEL LONG,
FLORENCE GOMEZ, and J.L.,
        Plaintiffs,

v.                                                                        **Case No. 21-C-380**

MARRIOTT INTERNATIONAL ALOFT HOTEL,
JANE DOE NO. 1, CHELSEA DEVRIES, BEN WALKER,
S. SCHERMITZLER, NOAH, and FACEBOOK, INC.,
        Defendants.

———

## ORDER

On June 28, 2021, Magistrate Judge William E. Duffin filed a report recommending, in part, that plaintiff Florence Gomez's claims be dismissed without prejudice and that she be dismissed as a party to this action, as she has not responded to requests from the clerk's office and court orders to file a magistrate judge jurisdiction form and pay the full filing fee or request to proceed without prepayment. *See* ECF Nos. 3 & 8; ECF No. 20 at 1–2, 7. While fellow plaintiffs Jacobs and Long have since submitted initial partial filing fees and other papers, Gomez did not file any objection or otherwise respond within fourteen days of the report and recommendation, nor has she filed anything in the several weeks since that deadline expired. *See* Docket Report.

Accordingly, I will adopt this part of Judge Duffin's report and recommendation and will dismiss plaintiff Gomez and her claims without prejudice for lack of diligent prosecution. *See* Civil Local Rule 41(c). I will screen the complaint and resolve any additional outstanding motions in a separate order to follow.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Duffin's Report and Recommendation (ECF No. 20) is **ADOPTED IN PART**. Plaintiff Florence Gomez's claims in this action are **DISMISSED WITHOUT PREJUDICE for lack of diligent prosecution**. Gomez is **DISMISSED** from this action. The Clerk of Court shall remove Gomez from the docket.

Dated at Milwaukee, Wisconsin, this 4th day of August, 2021.

                                                                       s/Lynn Adelman
                                                                        LYNN ADELMAN
                                                                        District Judge